# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **14-4499**

Caption [use short title]

Motion for: **Joint Motion to Adjourn Oral Argument**

**Smulley v. Mutual of Omaha, et al.**

Set forth below precise, complete statement of relief sought:

The Defendants-Appellees respectfully request this honorable court to reschedule oral argument currently set down for December 17, 2015 such that the parties may finalize the contemplated settlement.

MOVING PARTY: IMAGINEERS LLC and ORONOQUE SHORES CONDOMINIUM ASSOCIATION NO. 1, INC.
OPPOSING PARTY: **Dorothy A. Smulley, Pro Se**

☐ Plaintiff  ✔ Defendant
☐ Appellant/Petitioner  ✔ Appellee/Respondent

MOVING ATTORNEY: **Troy A. Bataille, Esq.**
OPPOSING ATTORNEY: **Dorothy A. Smulley, Pro Se**

[name of attorney, with firm, address, phone number and e-mail]

Troy A. Bataille, Goldberg Segalla, LLP, 100 Pearl Street, Hartford, CT 06103, Tel: 860-760-3311, tbataille@goldbergsegalla.com

Dorothy A. Smulley, 408 Bar Harbour Rd., Stratford, CT 06614
frrancesca04@gmail.com

Court-Judge/Agency appealed from: **Judge Jeffrey A. Meyer at U.S. District Court for the/ District of Connecticut**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ✔ No (explain): This is a Joint Motion for all Defendants-Appellees; Pro-Se Plaintiff-Appellant did not respond to request for consent.

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ✔ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ✔ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below? ☐ Yes ✔ No
Has this relief been previously sought in this Court? ☐ Yes ✔ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ✔ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ✔ Yes ☐ No  If yes, enter date: **December 17, 2015**

Signature of Moving Attorney:
/s/Troy A. Bataille   Date: 12/08/2015   Service by: ✔ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| DOROTHY A. SMULLEY, | : |
| | : |
| Plaintiff-Appellant | : |
| | : USCA DOCKET |
| v. | : |
| | : 14-4499cv |
| MUTUAL OF OMAHA BANK, ERIN BOWEN | : |
| aka ERIN KREMSER, ERIN ALICTA, | : |
| WEBSTER FINANCIAL CORP. dba WEBSTER | : |
| BANK, ZELDES, NEEDLE & COOPER PC, | : |
| IMAGINEERS LLC, and ORONOQUE SHORES | : DECEMBER 7, 2015 |
| CONDOMINIUM ASSOCIATION NO. 1 INC., | : |
| | : |
| Defendants--Appellees | : |

## JOINT MOTION TO
## ADJOURN ORAL ARGUMENT

The Defendants-Appellees in the above captioned matter hereby jointly move this honorable court to adjourn oral argument currently scheduled for December 17, 2015. Six of the seven Defendants-Appellees are actively negotiating a settlement with the *pro se* Plaintiff-Appellant, which settlement would obviate the need for oral argument.

Specifically, in addition to the above captioned appeal, there are four lawsuits currently pending in the Connecticut Superior Court arising from the same underlying facts and involving substantially the same parties. The *pro se* Plaintiff-Appellant and the Defendants-Appellees are working to settle all pending litigation, both state and federal, and have already exchanged draft settlement documents. The contemplated agreement, however, requires multiple related acts by third-parties including a land survey. Even if the related acts are scheduled as quickly as possible, the execution of the final settlement agreement will extend beyond December 17, 2015.

Accordingly, the undersigned on behalf of all the Defendants-Appellees respectfully requests this honorable court to reschedule oral argument such that the parties may finalize the contemplated settlement.

DEFENDANTS-APPELLEES,
IMAGINEERS LLC and ORONOQUE
SHORES CONDOMINIUM ASSOCIATION
NO. 1, INC.

By: _____
Troy A. Bataille
Goldberg Segalla LLP
100 Pearl Street, Suite 1100
Hartford, CT 06103
Tel: (860) 760-3313
Fax: (860) 760-3301
Email: tbataille@goldbergsegalla.com

# CERTIFICATION

I hereby certify that on December 7th, 2015, a copy of the foregoing Motion to Adjourn was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dorothy A. Smulley
408 Bar Harbour Road
Stratford, CT 06614
frrancesca04@gmail.com
(*Pro se* plaintiff)

Christopher G. Barnes, Esq.
Reardon Scanlon Vodola Barnes LLP
45 South Main Street, Suite 305
West Hartford, CT 06107
Christopher.barnes@rsvblaw.com
(Counsel for defendants – Mutual of Omaha Bank, Erin Bowen, and Erin Alicata)

Thomas James Welch, Esq.
Welch Teodosio Stanek & Blake LLC
375 Bridgeport Avenue
Shelton, CT 06484
twelch@wtsblaw.com
(Counsel for defendant – Webster Financial Corporation)

Sabato P. Fiano, Esq.
Zeldes Needle & Cooper PC
1000 Lafayette Boulevard
Bridgeport, CT 06604
sfiano@znclaw.com
(counsel for defendant – Zeldes Needle & Cooper, PC)

Troy A. Bataille